NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


STEVEN GROENER,                          )
                                         )
          Appellant,                     )
                                         )
v.                                       )          Case No.  2D19-2348
                                         )
STATE OF FLORIDA,                        )
                                         )
          Appellee.                      )
                                         )
_____  )

Opinion filed September 18, 2020.

Appeal from the Circuit Court for Polk
County; J. Kevin Abdoney, Judge.

Steven Groener, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Jonathan S. Tannen,
Assistant Attorney General, Tampa,
for Appellee.


PER CURIAM.


          Affirmed.


VILLANTI, LaROSE, and MORRIS, JJ., Concur.